**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 27, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00068-CR

---

### IN RE WILLIAM MARK RHODES, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1259408**

---

## MEMORANDUM OPINION

On January 20, 2015, relator William Mark Rhodes filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Katherine Cabaniss, presiding judge of the 248th District Court of Harris County, to consider and grant two motions relator purportedly filed with the

trial court in which he seeks a copy of the case file from his defense attorney in the underlying litigation.

To be entitled to mandamus relief, a relator is required to file "a certified or sworn copy of any . . . document showing the matter complained of," Tex. R. App. P. 52.3(k)(1)(A), and "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding," Tex. R. App. P. 52.7(a)(1). Relator, however, has not provided this court any documentation in support of his mandamus petition, including either of the two motions relator claims he filed with the trial court.

Accordingly, we deny relator's petition for writ of mandamus.


PER CURIAM

Panel consists of Justices Jamison, Busby, and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b).